Certificate Number: 15317-TXS-DE-037484776

Bankruptcy Case Number: 23-30659



15317-TXS-DE-037484776

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2023, at 10:54 o'clock AM PDT, Dennis L Thomas completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:  June 5, 2023

By:  /s/Junie Montebon

Name:  Junie Montebon

Title:  Credit Counselor