**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

In Re:  Dennis Leon Thomas

**Debtor(s)**

Case No.: 23–30659

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/13/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge